## HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* PAN-AMERICAN LIFE INSURANCE CO.

No. 264. Argued November 19, 1940.—Decided December 9, 1940.

Mr. *Arnold Raum*, with whom *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs.*

*Sewall Key* and *Edward H. Horton* were on the brief, for petitioner.

*Mr. Eugene J. McGivney* for respondent.

MR. JUSTICE BLACK delivered the opinion of the Court.

This case involves respondent's income tax for the tax year 1933. It is in all respects governed by our decision in *Helvering* v. *Oregon Mutual Life Ins. Co., ante,* p. 267, and on the authority of that case the decision below is

*Affirmed.*